**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 10-bk-57970 |
| Molly Murray Petruso } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:    Molly Murray Petruso

Street:    6606 Dog Palm Drive

City, State, Zip: Boynton Beach, FL 33437

**Please be advised that effective March 30th, 2015
my new mailing address is:**

Name:    **Molly Murray Petruso**

Street:    **10146 Stonehenge Circle**

City, State ,Zip: **Baynton Beach, FL 33437**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on March 30th, 2015 to the following:
**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Molly Murray Petruso
10146 Stonehenge Circle
Baynton Beach, FL 33437

                                          Respectfully Submitted,

                                          /s/ Erin E. Schrader
                                          Erin E. Schrader (0078078)
                                          Rauser & Associates
                                          5 East Long St., Suite 300
                                          Columbus, OH 43215
                                          (614) 228-4480